IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNEDY LEE HARRIS, #314550, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:19-CV-1056-WHA |
| ) | |
| ALA. DEPT. OF CORRECTIONS, et al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 17, 2020, the Magistrate Judge entered a Recommendation (Doc. #8) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of February, 2020.

       /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE